```
 1  JULIE A. SHEPARD, SBN 175538
    ELIZABETH A. MORIARTY, SBN 276188
 2  1999 Avenue of the Stars, Suite 1400
    Los Angeles, CA 90067
 3  Telephone: (310) 551-6655
    Facsimile: (310) 551-0364
 4  E-mail: jashepard@hhlaw.com
    E-mail: eamoriarty@hhlaw.com
 5
    and
 6
    DORI ANN HANSWIRTH (pro hac vice application pending)
 7  KATHERINE M. BOLGER (pro hac vice application pending)
    HOGAN & HARTSON L.L.P.
 8  875 Third Avenue
    New York, NY 10022
 9  Telephone: (212) 918-3000
    Facsimile: (212) 918-3100
10  E-mail: dhanswirth@hhlaw.com
    E-mail: kmbolger@hhlaw.com
11
    Attorneys for Defendants
12  BILL O'REILLY and
    FOX NEWS NETWORK, LLC (incorrectly sued herein as "Fox Network")
```

Priority / Send ✓ / Enter ✓ / Closed / JS-5/JS-6 ✓ / JS-2/JS-3 / Scan Only

FILED CLERK, U.S. DISTRICT COURT
AUG - 7 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED CLERK, U.S. DISTRICT COURT
AUG - 9 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FREDERIC VON ANHALT,<br><br>Plaintiff,<br><br>v.<br><br>BILL O'REILLY, an individual, FOX NETWORK, a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 07-2803 (ODW)(UBKx)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT UNDER FRCP 12(b)(6)<br><br>(Motion to Dismiss and Request for Judicial Notice filed concurrently)<br><br>Complaint Filed: April 27, 2007<br>Date: July 9, 2007<br>Time: 1:30 P.M.<br>Ctrm: 11<br>Judge: Hon. Otis D. Wright II |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

1  Defendants Bill O'Reilly ("O'Reilly"), and Fox News Network, LLC
2  ("FNC") (incorrectly sued herein as "Fox Network") (collectively, "Defendants")
3  Motion to Dismiss the Complaint under F.R.C.P. 12(b)(6) came on regularly for
4  hearing before this Court on July 9, 2007, the Honorable Otis D. Wright II presiding.
5  After consideration of the briefs and arguments of counsel, and all other matters
6  presented to the Court, and good cause appearing therefore,

8  IT IS HEREBY ORDERED THAT:

10  1) Plaintiff's claim for defamation is dismissed for failure to state a claim
11  because it is based on Defendants' constitutionally protected opinion. No reasonable
12  viewer would perceive the allegedly defamatory statements as asserting an objective
13  fact. *See Milkovich v. Lorain Journal Co.,* 497 U.S. 1, 20 (1990); *see also*
14  *Partington v. Bugliosi,* 56 F.3d 1147, 1153 (9th Cir. 1995).

16  2) Plaintiff's claim for defamation is also dismissed under California Civil
17  Code § 48(a) (West 2006), because Plaintiff did not request a retraction from the
18  Defendants within twenty (20) days, and Plaintiff has not pled special damages. *See,*
19  *e.g., In re Cable News Network,* 106 F. Supp. 2d 1000, 1001-02 (N.D. Cal. 2000);
20  *Gomes v. Fried,* 138 Cal. App. 3d 924, 938, 188 Cal. Rptr. 605, 613 (Cal. Ct. App.
21  1st Dist. 1982).

23  IT IS SO ORDERED.

25  Dated: 7-9-07

26  Otis D. Wright II
    United States District Court Judge

1 | Respectfully Submitted,
2 | HOGAN & HARTSON, LLP
3 |
4 | By: _____
5 | Julie A. Shepard
    | Attorneys for Defendants
6 | Bill O'Reilly and Fox News Network, LLC (incorrectly sued herein as "Fox Network")

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA ) |
|   | ) ss. |
| 3 | COUNTY OF LOS ANGELES ) |

4  I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: HOGAN & HARTSON, LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067

6  On May 25, 2007, I caused the foregoing documents described as:

7  **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

8
9  to be served on the interested parties in this action by placing ___ the original  X  a true copy thereof enclosed in sealed envelopes addressed as follows:

10  Edward Y. Lee, Esq.
    Christopher P. Fields
11  LEE & FIELDS
    A Professional Corporation
12  3701 Wilshire Boulevard
    Suite 510
13  Los Angeles, CA 90010

14  [ ]  **BY MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereof fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

17
18  [X]  **BY HAND DELIVERY.** I caused such envelope to be delivered by hand to the offices of the addressee(s) following ordinary business practices.

19  [ ]  **BY FACSIMILE.** I caused such document to be delivered by facsimile to the offices of the addressee(s) following ordinary business practices from the following facsimile machine. (310) 785-4601 Upon completion of the said facsimile machine transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. A copy of said transmission report is attached hereto.

22  [ ]  **BY UNITED PARCEL SERVICE.** I caused such document to be delivered by overnight mail to the offices of the addressee(s) by placing it for collection by United Parcel Service following ordinary business practices by my firm, to wit, that packages will either be picked up from my firm by United Parcel Service and/or delivered by my firm to the United Parcel Service office.

25  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 25, 2007, at Los Angeles, California.

27  Carmela Elias                         _Carmela Elias_ (signature)
28  Print Name                             Signature

---

\\\\LA - 096405/000063 - 346631 V1               **CERTIFICATE OF SERVICE**