**CLOSED / SEND / ENTER**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2803 ODW (AJWx) | Date | November 14, 2007 |
|---|---|---|---|
| Title | *Frederic Von Anhalt v. Bill O'Reilly, et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order Granting Defendants' Special Motion to Strike and Awarding $15,000 in Attorneys' Fees and costs

    Now before the Court is Defendants' request for a ruling on their special motion to strike and for an award of attorneys' fees and costs.  After considering Defendants' papers and the merits of Plaintiff's complaint, Defendants' motion to strike is GRANTED.  However, the $96,761.48 in requested fees is excessive.  This was a straightforward motion to dismiss/strike based on clearly established law and facts.  The action was disposed of at an early stage and nothing in the record suggests that Defendants needed to engage four attorneys for over 220 hours to dispose of the matter.  Accordingly, Defendants are awarded $15,000 in fees and costs.

**IT IS SO ORDERED**

                                                                             ----  :  00

                                         Initials of Preparer   RGN